STATE OF CONNECTICUT *v.* WILLIAM M. ANDERSON, JR.

STATE OF CONNECTICUT *v.* WILLIAM M. ANDERSON, SR.

STATE OF CONNECTICUT *v.* MICHAEL ANDERSON
(13052)

O'CONNELL, LANDAU and SCHALLER, Js.

Argued January 9—decision released March 7, 1995

*Timothy C. Moynahan,* for the appellants (defendants).

*Leon F. Dalbec, Jr.,* assistant state's attorney, with whom, on the brief, were *John A. Connelly,* state's attorney, and *Edward Ricciardi,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgments are affirmed.